UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-34 |
| VERSUS | SECTION "I" |
| FREDDIE ROSS, JR. | VIOLATION: 18 U.S.C. § 641 |

## RE-NOTICE OF SENTENCING

Take Notice that this criminal case has been reset for **SENTENCING** on **THURSDAY, AUGUST 25, 2016, AT 2:00 P.M.**, before United States District Judge Lance M. Africk, 500 Poydras Street, Courtroom C-427, New Orleans, LA 70130.

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:  August 8, 2016 | WILLIAM W. BLEVINS, CLERK |
| TO: | Issued by: Bridget Gregory, Deputy Clerk |
| Freddie Ross, Jr.   **(BOND)** | AUSA:   Jordan Ginsberg, Maria M. Carboni |
| Timothy R.W. Kappel<br>150 Fourth Avenue North, Suite 1820<br>Nashville, TN 37219<br>Email: tkappel@fpwlegal.com | U.S. Marshal<br>U.S. Probation Office<br>U.S. Probation Office - Pretrial Services Unit<br><br>S/A Kevin Leonhardt,<br>United States Department of Housing and Urban Development |
| Provino C. Mosca<br>7212 Stoneleigh Dr.<br>Harahan, LA 70123<br>Email: vmosca@cox.net | **JUDGE** |
| **If you change address,<br>notify clerk of court** | **MAGISTRATE** |
| **by phone, 589-7752** | COURT REPORTER COORDINATOR<br>INTERPRETER:  **NONE** |